# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
February 11, 2014

In re:

Geoffrey A Sprankle(other names used by debtor: partner of H&S Etc.)
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–1274

Glinda F. Johnson
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–6427
                    Debtor.

Case Number: 10–11141 cab
Chapter: 13

### ORDER ON FINDINGS PURSUANT TO § 1328(h)

The Debtors having filed a Certification of Compliance and Motion for Entry of Discharge (the "Certification/Motion"), and said Certification/Motion having been properly noticed, and no objection or other response being had on said Certification/Motion,

Now, upon consideration of the Debtor's Certification and pursuant to § 1328(h) of the Bankruptcy Code, the Court finds that there is no reasonable cause to believe:

(1) that § 522(q)(1) of the Bankruptcy Code may be applicable to the Debtor; and
(2) that there is pending any proceedings in which the Debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

Upon receipt of the Trustee's Final Report, the Clerk is directed to enter the order of discharge.
*Note: This Order is not a discharge.*

Dated: February 11, 2014

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
151 West Street
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 125 – nbw